# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| NESTOR OURANITSAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: 6:23-cv-511-PGB-EJK |
| | ) |
| TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, CASSANDRA HARRIS, AND MARIELA MATUTE | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), Defendants Tupperware Brands Corporation, Miguel Fernandez, Cassandra Harris, and Mariela Matute, by and through their undersigned counsel, certify that the instant action:

____ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

1

Dated:  May 2, 2023               Respectfully submitted,

                                  */s/ Ian M. Ross*
                                  James W. Ducayet (IL Bar No. 6236997)
                                  SIDLEY AUSTIN LLP
                                  One South Dearborn Street
                                  Chicago, IL  60603
                                  Telephone:  (312) 853-7000
                                  Facsimile:   (312) 853-7036
                                  Email:  jducayet@sidley.com

                                  Ian M. Ross (Bar No. 091214)
                                  SIDLEY AUSTIN LLP
                                  1001 Brickell Bay Drive, Suite 900
                                  Miami, FL  33131
                                  Telephone: (305) 391-5100
                                  Facsimile: (305) 391-5101
                                  Email:  iross@sidley.com

                                  *Counsel for Defendants*

                                  .

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notice of this filing to the counsel of record for Plaintiffs.

*/s/ Ian M. Ross*
Ian M. Ross
