**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| NESTOR OURANITSAS, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, CASSANDRA HARRIS, and MARIELA MATUTE, <br><br> Defendants. | Case No. 6:23-cv-00511-PGB-EJK |

**DECLARATION OF LEO W. DESMOND IN SUPPORT OF THE MOTION OF MABEL WONG FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Leo W. Desmond, hereby declare as follows:

1.    I am an attorney with Desmond Law Firm, P.C., counsel on behalf of Mabel Wong ("Wong") and have personal knowledge of the facts set forth herein. I make this Declaration in support of the Motion of Mabel Wong for Appointment as Lead Plaintiff and Approval of Counsel.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Press release published March 20, 2023 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Wong's Signed PSLRA Certification;

Exhibit C:    Analysis of Wong's financial interest;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:    Firm résumé of Desmond Law Firm, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on May 19, 2023.

*/s/ Leo W. Desmond*
Leo W. Desmond

1

**CERTIFICATE OF SERVICE**

I, Leo W. Desmond, hereby certify that on May 19, 2023, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

*s/ Leo W. Desmond*
Leo W. Desmond

2