# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Tupperware Brands Corporation
**Ticker:** TUP
**Class Period:** March 10, 2021 to March 16, 2023
**Name:** Mabel Wong

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/2/2022 | 22,178 | $5.0000 | -$110,890.0000 | | $0.0000 | -$110,890.00 |
| 11/17/2022 | 3,928 | $4.5000 | -$17,676.0000 | | $0.0000 | -$17,676.00 |
| 5/4/2023 | -26,106 | | $0.0000 | $1.7629 | $46,023.3424 | $46,023.34 |

| Shares Retained: | 0 | | | | Subtotal: | -$82,542.66 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $0.00 |
| | | | $1.5268 | 0 | Total: | -$82,542.66 |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between March 17, 2023 and May 19, 2023. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.