# EXHIBIT E

# DESMOND LAW FIRM, P.C.

**601 21st STREET**
**SUITE 300**
**VERO BEACH, FLORIDA 32960**

---

Leo W. Desmond has been representing victimized consumers since 1995. The firm's practice areas include securities class actions, antitrust class actions, and consumer class actions, including several privacy class actions and class actions brought under the Fair Debt Collection Practices Act. The firm's practice is nationwide.

Representative Class Actions:

- *Karabedian v. Westbridge Capital Corp.:* Securities Class Action.

- *In RE Visa Check/MasterMoney Antirust Litigation*: Class Action Violation of Federal Antitrust Statute Related to Product Tying Arrangement.

- *Iyamu v. Clairfeld, et al.*: Class Action for Violation of the Fair Debt Collection Practices Act.

- *Benkert v. FIA Card Services*: Violation of Florida Call Recording Statute.

- *Benkert v. Capitol One*, NA: Violation of Florida Call Recording Statute.

# Leo W. Desmond

## Practice Experience

- Leo W. Desmond has a diverse litigation practice, with his primary focus representing plaintiffs who have suffered economic injuries due to violations of federal and/or state consumer law statutes. He handles matters at both the trial and appellate levels, and is available for both trial and appellate support. He has represented individuals and various corporate clients in a wide-variety of complex commercial cases.
- Leo W. Desmond has been a class counsel in over 150 securities class actions since founding The Law Office of Leo W. Desmond in 1995. He has experience litigating against large corporations based in the United States.

## Areas of Practice

- Securities Class Actions
- Fair Debt Collection Practice Act Class Actions
- Recording/Wiretap Class Actions
- Commercial Litigation

## Bar Admissions

- Florida
- New York
- New Jersey
- Colorado
- U.S. District Court for the District of New Jersey
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the District of Colorado
- U.S. District Court Middle District of Florida
- U.S. District Court Southern District of Florida
- U.S. Bankruptcy Court Middle District of Florida
- U.S. Bankruptcy Court Southern Florida
- U.S. Court of Appeals for the 1st Circuit
- U.S. Court of Appeals for the 2nd Circuit
- U.S. Court of Appeals for the 3rd Circuit
- U.S. Court of Appeals for the 11th Circuit

## Education

- **New York Law School, New York, New York**
  - J.D. - 1994
- **Fordham University, New York, New York**
  - M.B.A. – 1988
- **Rollins College, Winter Park, Florida**
  - B.A. – 1980

## Publications

DETERMINING EXCESSIVE TRADING IN OPTION ACCOUNTS: A SYNTHETIC VALUATION APPROACH, Dayton Law Review, Fall 1997, 23 Dayton L. Rev. 15