**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| NESTOR OURANITSAS, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, CASSANDRA HARRIS, and MARIELA MATUTE,<br><br>    Defendants. | Case No. 6:23-CV-00511-PGB-EJK |

**DECLARATION OF THOMAS A. CULMO, ESQ. IN SUPPORT OF**
**MOTION OF HERMAN TRIP FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Thomas A. Culmo, Esq. declare as follows:

1. I am a member in good standing of the bar of the State of Florida and am admitted to practice before this Court.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Movant Herman Trip ("Movant") for the entry of an Order of the following: (i) appointing Movant as Lead Plaintiff; (ii) approving Movant's selection of Berger Montague PC as Lead Counsel and Damian Valori Culmo as Liaison Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

2. Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A: Signed Certification of Movant Herman Trip pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B: Notice of pendency of class action lawsuit against Tupperware Brands Corporation published on *Business Wire* on March 20, 2023;

EXHIBIT C:   Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in Tupperware Brands Corporation securities;

EXHIBIT D:   Declaration of Herman Trip; and

EXHIBIT E:   Berger Montague PC Firm Resume.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 19th day of May 2023.


*/s/ Thomas A. Culmo*
Thomas A. Culmo

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 19, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Thomas A. Culmo*
Thomas A. Culmo