# EXHIBIT A

## TUPPERWARE BRANDS CORPORATION
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Herman Trip, declare that:

1.        I have reviewed the facts and allegations of a complaint filed in this action, and I authorize the filing of a motion for appointment as Lead Plaintiff on my behalf by my attorneys.

2.        I did not purchase and/or acquire the security that is the subject of this action at the direction of my counsel, nor in order to participate in any private action under the federal securities laws.

3.        I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.  I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4.        My transactions in Tupperware Brands Corporation securities during the proposed Class Period of March 10, 2021, through and including March 16, 2023, are attached hereto in Schedule A.  I have complete authority to bring a suit to recover investment losses for all securities set forth in Schedule A.

5.        I have not sought to serve, and have not been appointed, as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6.        I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   5/19/2023
        Mableton, GA

DocuSigned by:

*Herman Trip*

Herman Trip   A4CC55A80FAD467...

DocuSign Envelope ID: 039F6509-31FC-4A62-B625-C69033050D73

## Schedule A

### Transactions of Herman Trip
### During the Class Period of March 10, 2021,
### through and including March 16, 2023

| Date | Transaction | Security | Shares | Price |
|---|---|---|---|---|
| 5/21/2021 | Buy | TUP | 1,100 | $26.3000 |
| 5/21/2021 | Buy | TUP | 1,500 | $26.8100 |
| 6/10/2021 | Buy | TUP | 200 | $24.0000 |
| 12/3/2021 | Sell | TUP | 600 | $15.1900 |
| 3/4/2022 | Sell | TUP | 500 | $19.5000 |
| 3/22/2022 | Sell | TUP | 800 | $19.2600 |
| 8/2/2022 | Buy | TUP | 1,500 | $7.2000 |
| 8/3/2022 | Sell | TUP | 1,500 | $11.9090 |
| 9/16/2022 | Buy | TUP | 2,000 | $7.8000 |
| 9/22/2022 | Buy | TUP | 5,500 | $7.8100 |
| 11/1/2022 | Buy | TUP | 1,380 | $7.7500 |
| 11/1/2022 | Buy | TUP | 2,700 | $7.74.00 |
| 11/2/2022 | Buy | TUP | 1,000 | $4.9100 |
| 11/2/2022 | Buy | TUP | 1,000 | $5.0500 |
| 11/2/2022 | Buy | TUP | 1,000 | $5.3500 |
| 11/2/2022 | Buy | TUP | 1,000 | $5.4600 |
| 11/4/2022 | Sell | TUP | 32 | $4.2324 |