# EXHIBIT C

**FINANCIAL INTEREST ANALYSIS**

| | | | | |
|---|---|---|---|---|
| **Tupperware Brands Corporation** | | **TICKER: TUP** | **Set-Off Price:**[1] | **$1.5268** |
| **Class Period: 03/10/2021 - 03/16/2023** | | | | |

**Herman Trip**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction** | **Date** | **Quantity** | **Price Per Share** | **Cost/Proceeds** |
| Purchase | 5/21/2021 | 1,100 | $26.8100 | ($29,491.00) |
| Purchase | 5/21/2021 | 1,500 | $26.3000 | ($39,450.00) |
| Purchase | 6/10/2021 | 200 | $24.0000 | ($4,800.00) |
| Purchase[2] | 8/2/2022 | 1,500 | $7.2000 | ($10,800.00) |
| Purchase | 9/16/2022 | 2,000 | $7.8000 | ($15,600.00) |
| Purchase[2] | 9/22/2022 | 5,500 | $7.8100 | ($42,955.00) |
| Purchase | 11/1/2022 | 1,380 | $7.7500 | ($10,695.00) |
| Purchase[2] | 11/1/2022 | 2,700 | $7.7400 | ($20,898.00) |
| Purchase[2] | 11/2/2022 | 1,000 | $4.9100 | ($4,910.00) |
| Purchase[2] | 11/2/2022 | 1,000 | $5.4600 | ($5,460.00) |
| Purchase[2] | 11/2/2022 | 1,000 | $5.3500 | ($5,350.00) |
| Purchase[2] | 11/2/2022 | 1,000 | $5.0500 | ($5,050.00) |
| **Class Period Purchases:** | | **19,880** | | **($195,459.00)** |
| | | | | |
| Sale | 12/3/2021 | (600) | $15.1900 | $9,114.00 |
| Sale | 3/4/2022 | (500) | $19.5000 | $9,750.00 |
| Sale | 3/22/2022 | (800) | $19.2600 | $15,408.00 |
| Sale | 8/3/2022 | (1,500) | $11.9090 | $17,863.50 |
| Sale | 11/4/2022 | (32) | $4.2324 | $135.44 |
| **Class Period Sales That Match** | | **(3,432)** | | **$52,270.94** |
| **Class Period Purchases:** | | | | |
| | | | | |
| **Shares Held:** | | 16,448 | $1.53 | $25,112.84 |
| | | | | |
| | | **LIFO Gain/(Loss):** | | **($118,075.22)** |

[1] The average closing prices from March 17, 2023 through May 19, 2023. The 90-Day lookback period will end on June 14, 2023.

[2] Purchase executed during "Extended Hours."