# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NESTOR OURANITSAS, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>  vs.<br><br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, CASSANDRA HARRIS, and MARIELA MATUTE,<br><br>     Defendants. | **Case No. 6:23-cv-00511-PGB-EJK**<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT SIKANDER MORAD'S MOTION TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u> |

I, Laurence M. Rosen, hereby declares under penalty of perjury:

1.      I am an attorney duly licensed to practice in the State of Florida and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A. ("Rosen Law"), Proposed Lead Counsel for Lead Plaintiff Movant Sikander Morad ("Movant"). I make this Declaration in support of Movant's motion for appointment as Lead Plaintiff and for approval of his selection of Rosen Law as Lead Counsel. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the early notice issued pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

3.      Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA Certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.      Attached hereto as Exhibit 4 is a true and correct copy of Rosen Law's firm resume.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 19th day of May, 2023.

/s/Laurence M. Rosen
Laurence M. Rosen

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/Laurence M. Rosen*