# EXHIBIT 3

**Tupperware Brands Corporation Loss Chart**
**Class Period: March 10, 2021 through March 16, 2023**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sikander Morad | 5/21/2021 | 1,000 | ($26.00) | ($26,000.00) | | | | | 1,000 | $1,526.80 | ($24,473.20) | $1.5268 |