**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**NESTOR OURANITSAS, GENE
KIRSCHBAUM and MICKALE
CARTER,**

          **Plaintiffs,**

**v.**                             **Case No: 6:23-cv-511-PGB-EJK**

**TUPPERWARE BRANDS
CORPORATION, MIGUEL
FERNANDEZ, CASSANDRA
HARRIS and MARIELA
MATUTE,**

          **Defendants.**
_____/

## **ORDER**

This cause comes before the Court on the Lead Plaintiff's Unopposed Motion for Extension of Time to Amend (Doc. 38 (the "**Motion**")). After due consideration, the Court finds the requested relief warranted and modifies its June 5, 2023 Order accordingly (Doc. 37).

Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion (Doc. 38) is **GRANTED**;

2. The Court-appointed Lead Plaintiffs shall have **ninety (90) days** from the date of this Order to file an amended or consolidated complaint or, alternatively, to designate the initial Complaint as the operative complaint.

3.   Defendants shall answer, move against, or otherwise respond to the operative complaint within **sixty (60) days** after the Court-appointed lead plaintiff (a) files an amended or consolidated complaint, or (b) designates the initial Complaint as the operative complaint. Any motion to dismiss shall not exceed 30 pages.

4.   The Court-appointed lead plaintiff shall have **sixty (60) days** to oppose any motions Defendants may file to dismiss the operative complaint. Any response in opposition shall not exceed 30 pages.

5.   Defendants' replies shall be due **thirty (30) days** after the filing of the Court-appointed lead plaintiff's opposition papers. Defendants' reply to the response shall not exceed 15 pages.

6.   The deadline for filing a Case Management Report is still **TOLLED** until further order of the Court.

**DONE AND ORDERED** in Orlando, Florida on June 14, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties