**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NESTOR OURANITSAS, GENE KIRSCHBAUM and MICKALE CARTER,**

        **Plaintiffs,**

**v.**                                                    **Case No: 6:23-cv-511-PGB-EJK**

**TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, CASSANDRA HARRIS and MARIELA MATUTE,**

        **Defendants.**

_____

**NOTICE AND ORDER TO REGISTER FOR COURT'S CASE MANAGEMENT AND ELECTRONIC CASE FILING PROGRAM**

On Monday, July 12, 2004, the United States District Court for the Middle District of Florida converted to a paperless electronic filing system: CM/ECF (Case Management and Electronic Case Filing). Extensive notice of this conversion was provided through the Court's web-page, announcements, and numerous mailings.

Upon review of this case, it appears that attorney **Andrew D. Abramowitz** is not registered to participate in the Case Management and Electronic Case Filing ("CM/ECF") program of the Court.

Henceforth, all attorneys appearing in a case assigned to the undersigned Judge shall participate and docket in CM/ECF within **30 days** of entry of an appearance in such case.

Counsel is directed to the website located at **www.flmd.uscourts.gov** under "CM/ECF" where a password may be requested from the Court. Counsel must take the Tutorials offered on the website before using the CM/ECF system.

Therefore, Andrew D. Abramowitz shall register to participate, as well as docket, in CM/ECF within thirty (30) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on this 5th day of January, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record