# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

|  |  |
|---|---|
| NESTOR OURANITSAS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, CASSANDRA HARRIS, and MARIELA MATUTE,<br><br>Defendants. | Case 6:23-cv-00511-PGB-EJK<br><br>CLASS ACTION |

## RESPONSE TO THE COURT'S OCTOBER 11, 2024 ORDER

Lead Plaintiffs Gene Kirschbaum and Mickale Carter ("Lead Plaintiffs") by and through their undersigned counsel, have learned that the Delaware Bankruptcy Court will allow Tupperware Brands Corporation's bankruptcy to proceed under Chapter 11 of the Bankruptcy Code. Accordingly, Lead Plaintiffs will not seek relief from the Court's decision to stay this action as to all Defendants as reflected in the Order at Docket No. 58.

DATED:  November 7, 2024                    Respectfully submitted,

                                            Yaniv Adar, Esq.

                                            _____

                                            Yaniv Adar
                                            Florida Bar No. 63804
                                            yaniv@markmigdal.com
                                            Etan Mark
                                            Florida Bar No. 720852
                                            etan@markmigdal.com
                                            **MARK MIGDAL & HAYDEN**
                                            80 S.W. 8th Street, Suite 1999
                                            Miami, Florida 33130
                                            Telephone: (305) 374-0440

                                            *Liaison Counsel for Lead Plaintiffs and*
                                            *Lead Counsel for the Proposed Class*

                                            **BERNSTEIN LIEBHARD LLP**
                                            Michael S. Bigin
                                            10 East 40th Street
                                            New York, NY 10016
                                            Telephone: (212) 779-1414
                                            Facsimile: (212) 779-3218
                                            Bigin@bernlieb.com

                                            *Counsel for Lead Plaintiffs and Lead*
                                            *Counsel for the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing to all counsel of record.

                                            */s/ Yaniv Adar, Esq.*
                                            Yaniv Adar

2