# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**NESTOR OURANITSAS, GENE KIRSCHBAUM and MICKALE CARTER,**

      **Plaintiffs,**

v.                                                Case No: 6:23-cv-00511-PGB-EJK

**TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, CASSANDRA HARRIS and MARIELA MATUTE,**

      **Defendants.**
_____/

## ORDER

This cause is before the Court on Defendant Tupperware Brands Corporation's ("**Defendant Tupperware**") Status Report. (Doc. 67 (the "**Status Report**")).

Plaintiffs initiated this action on March 20, 2023. (Doc. 1). On January 1, 2024, Plaintiffs filed the operative Amended Complaint. (Doc. 48). On March 12, 2024, Defendants filed a Motion to Dismiss. (Doc. 53). Ultimately, on September 20, 2024, Defendant Tupperware filed a Suggestion of Bankruptcy. (Doc. 57). Therein, Defendant Tupperware advised the Court that he had filed for bankruptcy protection under Chapter 11 of the United States Bankruptcy Code. (*Id.*). Accordingly, and after a *sua sponte* review of the file, the Court stayed the entire

case on September 24, 2024. (Doc. 58 (the "**Order to Stay**")). In the Order to Stay, the Court directed Defendant Tupperware to "notify the Court regarding the status of the relevant bankruptcy proceedings every 120 days hereafter or upon the occurrence of any event which results in the lifting or termination of the automatic stay." (*Id.* at p. 2).

On September 19, 2025, Defendant Tupperware filed the Status Report pursuant to the Court's Order to Stay. (Doc. 67). In the Status Report, Defendant Tupperware advises the Court that the Bankruptcy Court has approved the Chapter 11 Plan, and all conditions precedent were completed on June 10, 2025. (*Id.*). Thus, Defendant Tupperware represents that the Chapter 11 Plan became effective extinguishing the claims against Defendant Tupperware in the present action. (*Id.*).

Accordingly, the stay of this matter is due to be lifted. (*See id.*). However, it is unclear to the Court whether Plaintiffs agree that Plaintiffs' claims as to Defendant Tupperware have been extinguished by the Bankruptcy Court's approval of the Chapter 11 Plan.

As a result, it is **ORDERED AND ADJUDGED** as follows:

1. The stay is hereby lifted in light of Defendant Tupperware's Status Report. (Doc. 67). The Clerk of Court is **DIRECTED** to administratively reopen the file.

2. On or before **October 6, 2025**, Plaintiffs shall file a notice with the Court addressing whether they agree that Plaintiffs' claims against

Defendant Tupperware have been extinguished by the Bankruptcy Court's approval of the Chapter 11 Plan. In the alternative, should the parties agree that the aforementioned claims have been extinguished, on or before **October 6, 2025**, they may file appropriate documents dismissing such claims.

**DONE AND ORDERED** in Orlando, Florida on September 29, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties