**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**NESTOR OURANITSAS, GENE KIRSCHBAUM and MICKALE CARTER**

                    **Plaintiffs,**

**v.**                                            **Case No: 6:23-cv-00511-PGB-EJK**

**TUPPERWARE BRANDS CORPORATION, MIGUEL FERNANDEZ, CASSANDRA HARRIS and MARIELA MATUTE,**

                    **Defendants.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal as to Defendant Tupperware Brands Corporation ("**Defendant Tupperware**"),[1] filed October 5, 2025. (Doc. 69 (the "**Stipulation**")). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' individual claims

---

[1]   The Court notes that the parties titled their filing "Agreed Stipulation and Notice of Extinguished Claims" but do not cite the Federal Rule of Civil Procedure applicable to dismissal of claims. (Doc. 69). Nevertheless, considering the title of the Stipulation and also that the filing has been signed by all parties who have appeared, the Court construes the aforementioned filing as a joint stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

against Defendant Tupperware are **DISMISSED WITHOUT PREJUDICE**.[2] Further, the putative class claims against Defendant Tupperware are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Tupperware Brands Corporation as a party.

**DONE AND ORDERED** in Orlando, Florida on October 6, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2] In the parties' Stipulation, the parties did not indicate whether the dismissal was with or without prejudice. (Doc. 69). Thus, the Court will treat the dismissal as a dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(B). *See* FED. R. CIV. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.").